UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.: __3:20-cv-473-RGJ__
*Electronically Filed*

ANGELA KEENER                                                                                    PLAINTIFF

v.

DOLLAR GENERAL CORPORATION, aka,
DOLLAR GENERAL PARTNERS, aka,
DG STRATEGIC VI, LLC, aka,
DG PROMOTIONS, INC.                                                                        DEFENDANTS

## NOTICE OF REMOVAL

Comes now the Defendant, Dollar General Corporation, pursuant to 28 U.S.C. §§ 13321, 1441, and 1446, and for its Notice of Removal from the Jefferson County Circuit Court for the Commonwealth of Kentucky to the United States District Court for the Western District of Kentucky, at Louisville, hereby states as follows:,

1.      That on or about June 19, 2020, Plaintiff, Angela Keener, filed a Complaint in the Jefferson Circuit Court, Civil Action No. 20-CI-3522. Dollar General Corporation was served with the Summons and Complaint on June ____, 2020. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a) (Attached as *Exhibit A*).

2.      Defendant, Dollar General Corporation is and was at all times relevant hereto, including the time of the filing of the Notice of Removal and at the time of the commencement of Civil Action No. 20-CI-3522, a business organized under the laws of and having its principal place of business in the State of Tennessee.

1

3. Plaintiff, Angela Keener, upon information and belief, is a resident of the Commonwealth of Kentucky and was present in Kentucky as a citizen on the date of the subject incident and at all times thereafter, through and including the present time.

4. This action is one which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a)(1), and is one that the Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) as this is an action between citizens of different states.

5. Upon information and belief, the amount in controversy exceeds $75,000.00 in damages, exclusive of interest and costs. Plaintiff is seeking compensatory damages, lost wages, reimbursement of her costs, and for all other just and proper relief entitled. Plaintiff has placed no limitation on his prayer for relief and it is apparent that the amount in controversy exceeds the minimum jurisdictional amount.[1]

6. This Notice of Removal is being filed within thirty (30) days after the Defendant became aware of the removability of this case required 28 U.S.C. § 1446(b).

        Respectfully Submitted,

        */s/ B. Scott Jones*
        B. Scott Jones, Esq.
        730 West Main Street, Suite 300
        Louisville, KY 40202
        Telephone:  (502) 584-1310
        Facsimile:  (502) 589-5436
        Email: sjones@reminger.com
        ***Counsel for Defendant Dollar General Corporation***

---

[1] If Plaintiff disputes that the amount in controversy exceeds the minimum jurisdictional amount, she is requested to swear or affirm under oath that she will neither see, attempt to prove, nor accept any judgment in an amount at or above the jurisdictional minimum. See Del Real v. HealthSouth Corp., 171 F. Supp. 2d 1041, 1043 (D. Ariz. 2001) (holding that plaintiff's refusal to sign a binding stipulation that he would not seek, accept or collect more than $75,000 was evidence that plaintiff was seeking an amount in excess of the jurisdictional requirement).

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ B. Scott Jones
B. Scott Jones, Esq.