| | | |
|---|---|---|
| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **20-CI-003522**<br>Court:   **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **KEENER, ANGELA VS. DOLLAR GENERAL CORPORATION, AKA,**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
     **421 WEST MAIN STREET**
     **FRANKFORT, KY 40601**

Memo: Related party is DOLLAR GENERAL CORPORATION, AKA,

The Commonwealth of Kentucky to Defendant:
**DOLLAR GENERAL CORPORATION, AKA,**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*
Jefferson Circuit Clerk
Date: **6/19/2020**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

---

Summons ID: 253557417732098@00000949743
CIRCUIT: 20-CI-003522 Certified Mail
KEENER, ANGELA VS. DOLLAR GENERAL CORPORATION, AKA,



Page 1 of 1

**EXHIBIT A**


eFiled

NO. _____            JEFFERSON COUNTY CIRCUIT COURT
                                                                          DIVISION _____
                                                                           JUDGE _____

ANGELA KEENER                                                             PLAINTIFF

v.

DOLLAR GENERAL CORPORATION, aka,                      DEFENDANTS
DOLLAR GENERAL PARTNERS, aka,
DG STRATEGIC VI, LLC, aka,
DG PROMOTIONS, INC.
       SERVE: Corporation Service Company
               421 W. Main Street
               Frankfort, KY 40601

## COMPLAINT

*"Electronically Filed"*

\* \* \* \* \*

       Comes now the Plaintiff, Angela Keener, by counsel, and for her Complaint states as follows:

       1.      The Plaintiff, Angela Keener, is and was at all times mentioned herein a resident of the City of Louisville, Jefferson County, Kentucky.

       2.      To the belief and knowledge of the Plaintiff, the Defendants, Dollar General Corporation, aka, Dollar General Partners, aka, DG Strategic VI, LLC, aka, DG Promotions, Inc. hereinafter collectively "Dollar General" is and was at all times mentioned herein a corporation duly licensed to do business in Kentucky.

       3.      On or about August 25, 2019 the Plaintiff, Angela Keener, a business invitee, was injured when she fell on the premises of Dollar General located at 9308 Blue Lick Road, Jefferson County, Kentucky 40229.

4. The fall and Plaintiff's resulting injuries and damages were caused and brought about by the negligence and carelessness of the Defendants in creating and allowing unreasonably dangerous conditions to exist at the place and time of the above mentioned incident.

5. The Defendants had sufficient time to discover and remedy said dangerous conditions prior to the injuries but failed to do so.

6. As a direct and proximate result of the Defendants' negligence, and further as a substantial factor of same, the Plaintiff was caused to suffer severe and permanent physical injuries and damages in an amount within the jurisdiction of this Court.

7. That the threshold requirements of KRS 304 Chapter 39 have been met.

**WHEREFORE,** Plaintiff respectfully requests as follows:

1. Judgment against the Defendants in an amount within the jurisdiction of this Court for the following:

   a. Past and future medical expenses; and

   b. Past and future physical and mental pain and suffering; and

   c. Lost wages; and

   d. Diminished capacity to labor and earn income.

2. Trial by Jury.

3. All fees and costs associated with this action.

4. All further relief Court may deem just.

Respectfully submitted,

_____
Chauncey R. Hiestand, Esq.
Patricia Morris, Esq.
Winton & Hiestand Law Group, PLLC

905 Baxter Avenue
Louisville, KY 40204
Telephone: (502) 882-3133
Fax: (502) 882-3134
crh@wh-lawgroup.com
tmm@wh-lawgroup.com
*Counsel for Plaintiff*

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601



## KCOJ eFiling Cover Sheet

Case Number: 20-CI-003522

Envelope Number: 2535574

Package Retrieval Number: 253557417732098@00000949743

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.35

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.



